# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES MCGILL, | CASE NO.: |
| Plaintiff, | JUDGE |
| v. | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | **NOTICE OF REMOVAL** |
| Defendant. | |

Now comes Defendant National Enterprise Systems, Inc., pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 15 U.S.C. § 1692k, and files this Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after May 4, 2011, Defendant was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled <u>Charles McGill v. National Enterprise Systems, Inc.</u>, filed of record with the Clerk of the Bridgeport, Connecticut Superior Court.

2. Plaintiff's Complaint purports to set forth a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, and Connecticut General Statutes, § 36a-800 *et seq.*, § 36a-645 *et seq.*, and § 42-110a *et seq.*

3. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§ 1692, *et seq.*, as set forth in 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Bridgeport, Connecticut Superior Court, is removable to this Court.

4. Defendant intends to file its Answer to Plaintiff's Complaint with the Clerk of the United States District Court for the District of Connecticut.

5. Copies of all process, pleadings and orders served upon Defendant National Enterprise Systems, Inc. in this action are attached hereto, at Tab A.

6. Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

7. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail on this date and will also forward a Notice for filing with the Clerk of the Bridgeport, Connecticut Superior Court, regarding this Notice of Removal, a copy attached hereto at Tab B.

WHEREFORE, Defendant prays that the above-captioned action now pending in the Bridgeport, Connecticut Superior Court, be removed therefrom and placed on the regular docket of the United States District Court for the District of Connecticut.

Respectfully submitted,

Jonathan D. Elliot
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
(203) 332-5727 (direct line)
(203) 333-1489 (fax)
jelliot@znclaw.com
*Attorney for Defendant National Enterprise Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via U.S. mail to the following on June 3, 2011:

Theresa Rose DeGray
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437

 

/s/ Jonathan D. Elliot
Jonathan D. Elliot
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
(203) 332-5727 (direct line)
(203) 333-1489 (fax)
jelliot@znclaw.com
*Attorney for Defendant National Enterprise Systems, Inc.*

# Exhibit A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street  Bridgeport, 06604 | 203-579-6568 | Month 07 / Day 05 / Year 2011 |

| ☒ Judicial District  ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Bridgeport | Case type code (See list on page 2) Major: M   Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip)
**Consumer Legal Services, LLC, P.O. Box 474, Guilford, 06437**

Juris number (to be entered by attorney only)
**430221**

Telephone number (with area code)
**203-458-8200**

Signature of Plaintiff (If self-represented)

Number of Plaintiffs: **1**   Number of Defendants: **1**   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: **Charles McGill**  Address: **9 Brightwood Ave.; Stratford; CT; 06614** | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: **National Enterprise Systems, Inc.**  Address: **29125 Solon Road; Columbus; OH; 44139** | D-50 |
| Additional Defendant | Name: Address: | D-51 |
| Additional Defendant | Name: Address: | D-52 |
| Additional Defendant | Name: Address: | D-53 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left **Theresa Rose Nickols DeGray** | Date signed **05-03-11** |

If this Summons is signed by a Clerk:
c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

ATTEST: A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |

Name and address of person recognized to prosecute in the amount of $250
**Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610**

| Signed (Official taking recognizance, "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date **05-03-11** | Docket Number |

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: JULY 5, 2011 | : | SUPERIOR COURT |
| CHARLES MCGILL | : | J.D. OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| NATIONAL ENTERPRISE SYSTEMS, INC. | : | MAY 3, 2011 |

## COMPLAINT

**COUNT ONE**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.), the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and/or the Telephone Consumer Protection Act (47 U.S.C. §227).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C. §§ 1331 and 1367 and 47 U.S.C. §227(b)(3).

3. The Plaintiff is an alleged "consumer debtor" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.) and is a "consumer" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing in Stratford, Connecticut.

4. The Defendant has a business address of , 29125 Solon Road, Solon, Ohio, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.).

5. At all times relevant herein, the Defendant has been engaged in the trade or commerce of consumer debt collection in the State of Connecticut.

6. On May 4, 2010 at 10:52 a.m. the Defendant left an unsolicited pre-recorded message on the Plaintiff's voice mail, in violation of 47 U.S.C. §227(b)(1)(B); a CD recording of the message is attached herein as Exhibit A.
7. On May 5, 2010 at 9:51 a.m. the Defendant left a pre-recorded message on the Plaintiff's voice mail, in violation of 47 U.S.C. §227(b)(1)(B); a CD recording of the message is attached herein as Exhibit A.
8. On May 6, 2010 at 9:53 a.m. the Defendant left a pre-recorded message on the Plaintiff's voice mail, in violation of 47 U.S.C. §227(b)(1)(B); a CD recording of the message is attached herein as Exhibit A.
9. On May 10, 2010 at 8:15 p.m. the Defendant left a pre-recorded message on the Plaintiff's voice mail, in violation of 47 U.S.C. §227(b)(1)(B); a CD recording of the message is attached herein as Exhibit A.
10. On May 14, 2010 at 9:18 a.m. the Defendant left a pre-recorded message on the Plaintiff's voice mail, in violation of 47 U.S.C. §227(b)(1)(B); a CD recording of the message is attached herein as Exhibit A.
11. The Defendant failed to send to the Plaintiff a written notification of his verification rights in violation of 15 U.S.C. § 1692g.
12. The actions of the Defendant constitute a pattern of harassment and abuse, in violation of §1692(d).
13. As a result of its acts, the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act.

## COUNT TWO

14. The Plaintiff incorporates by reference all of the above Paragraphs of this Complaint as though fully stated herein.
15. The Defendant is a "person" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq. and §42-110a (3)).

17. The conduct of the Defendant alleged in this count constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or commerce alleged in Paragraphs six (6), seven (7), eight (8), nine (9) and ten (10) of this Count in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

18. The Defendant's conduct, which violated the FDCPA, deprived the Plaintiff of the benefit of her bargain with the alleged original creditor, which was that any attempt by the original creditor or its successor in interest to collect upon her consumer credit account would be in accordance with Federal and State law.

19. As a result of the conduct of the Defendant alleged in this Count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience in its attempt to dispute the alleged debt.

20. As a result of its acts, the Defendant is liable to the Plaintiff pursuant to the Connecticut General Statutes.

## COUNT THREE

21. The Plaintiff incorporates by reference all of the above Paragraphs of this Complaint as though fully stated herein.

22. All of the Defendant's acts averred in this complaint caused intentional and negligent infliction of emotional distress to the Plaintiff.

23. The conduct of the Defendant alleged in Paragraphs (6), seven (7), eight (8), nine (9) and ten (10) of this Count constitutes intentional and wanton violations of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its implications were without reasonable justification or excuse.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Charles McGill

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: JULY 5, 2011 | : | SUPERIOR COURT |
| MCGILL, CHARLES | : | J. D. OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| NATIONAL ENTERPRISE SYSTEMS, INC. | : | MAY 3, 2011 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                                        THE PLAINTIFF
                                        Charles McGill

By:        */s/ Theresa Rose DeGray*
                THERESA ROSE DEGRAY
                Consumer Legal Services, LLC
                P.O. Box 474
                Guilford, CT 06437
                Tel: 203-458-8200
                Fax: 203-738-1062
                Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY



# Exhibit B

# STATE OF CONNECTICUT
# SUPERIOR COURT

| | | |
|---|---|---|
| CHARLES MCGILL, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE TO THE CLERK OF COURT** |
| NATIONAL ENTERPRISE SYSTEMS, | ) | **OF BRIDGEPORT, CONNECTICUT** |
| INC., | ) | **SUPERIOR COURT, OF DEFENDANT'S** |
| | ) | **NOTICE OF REMOVAL** |
| Defendant. | ) | |
| | ) | |

TO:   Clerk of the Bridgeport Connecticut Superior Court

You are hereby notified that the above-captioned action has been removed to the docket of the United States District Court for the District of Connecticut, on June 3, 2011, by the filing of a Notice of Removal by Defendant. A copy of said Notice of Removal is attached hereto and incorporated herein by reference.

Respectfully submitted,

/s/Jonathan D. Elliot
Jonathan D. Elliot
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 332-5727 (direct line)
(203) 333-1489 (fax)
jelliot@znclaw.com
*Trial Attorney for Defendant National Enterprise Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via U.S. mail to the following on June 3, 2011:

Theresa Rose DeGray
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437

/s/Jonathan D. Elliot
Jonathan D. Elliot
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
(203) 332-5727 (direct line)
(203) 333-1489 (fax)
jelliot@znclaw.com
*Trial Attorney for Defendant National
Enterprise Systems, Inc.*

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES MCGILL, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendant. | ) | |

Now comes Defendant National Enterprise Systems, Inc., pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 15 U.S.C. § 1692k, and files this Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after May 4, 2011, Defendant was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled <u>Charles McGill v. National Enterprise Systems, Inc.</u>, filed of record with the Clerk of the Bridgeport, Connecticut Superior Court.

2. Plaintiff's Complaint purports to set forth a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, and Connecticut General Statutes, § 36a-800 *et seq.*, § 36a-645 *et seq.*, and § 42-110a *et seq.*

3. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§ 1692, *et seq.*, as set forth in 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Bridgeport, Connecticut Superior Court, is removable to this Court.

4. Defendant intends to file its Answer to Plaintiff's Complaint with the Clerk of the United States District Court for the District of Connecticut.

5. Copies of all process, pleadings and orders served upon Defendant National Enterprise Systems, Inc. in this action are attached hereto, at Tab A.

6. Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

7. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail on this date and will also forward a Notice for filing with the Clerk of the Bridgeport, Connecticut Superior Court, regarding this Notice of Removal, a copy attached hereto at Tab B.

WHEREFORE, Defendant prays that the above-captioned action now pending in the Bridgeport, Connecticut Superior Court, be removed therefrom and placed on the regular docket of the United States District Court for the District of Connecticut.

Respectfully submitted,

Jonathan D. Elliot
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 332-5727 (direct line)
(203) 333-1489 (fax)
jelliot@znclaw.com
*Attorney for Defendant National Enterprise Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via U.S. mail to the following on June 3, 2011:

Theresa Rose DeGray
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437

/s/ Jonathan D. Elliot
Jonathan D. Elliot
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
(203) 332-5727 (direct line)
(203) 333-1489 (fax)
jelliot@znclaw.com
 *Attorney for Defendant National Enterprise Systems, Inc.*

3