UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Charles McGill, | : | CASE NO.3:11-CV-00903(SRU) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| NATIONAL ENTERPRISE SYSTEMS, INC., ET AL. | : | |
| | : | |
| Defendants. | : | March   ,2012 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendants, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
CHARLES MCGILL

By:_____/s/_____
Theresa Rose DeGray, Attorney

Consumer Legal Services, LLC
29 Soundview Road  Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Email: TRD@ConsumerLegalServicesLLC.com

THE DEFENDANTS
NATIONAL ENTERPRISE SYSTEMS, INC.

By___/s/_____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel.  203-333-9441
Fax  203-222-1489
Email: jelliot@znclaw.com

So ordered: